BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS R. PEREZ,<br><br>Defendant. | No. 2:13-mj-00086-DAD<br><br>ORDER VACATING COURT TRIAL AND SETTING A CHANGE OF PLEA, AND SENTENCING HEARING<br><br>Date: May 22, 2013<br>Time: 10:00 p.m.<br>Judge: Hon. Dale A. Drozd |

It is hereby ordered that the court trial set for May 22, 2013 at 9:00 a.m. is VACATED. It is further ordered that a change of plea and sentencing hearing is set for June 18, 2013, at 10:00 a.m.

IT IS SO ORDERED.

DATED: May 15, 2013.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
perez0086.stipord.set.cop